IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

| | |
|---|---|
| **PATTY GILFILLAN**, <br><br> Plaintiff, <br> v. <br><br> **CHEROKEE COUNTY SCHOOL DISTRICT,** <br><br> Defendant. | C.A. No.: <br><br><br> **DEFENDANT'S ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Defendant, Cherokee County School District, by and through their undersigned counsel, hereby respond to the Court's Local Rule 26.01 Interrogatories as follows:

(A) State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:**

**None.**

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**ANSWER:**

**Plaintiff has requested a jury trial.**

(C) State whether the party submitting these responses is a publicly owned company and separately identify:

    (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock;

    (2) each publicly-owned company which it is a parent; and

   (3) each publicly-owned company of which the party owns ten percent (10%) or more of the outstanding shares.

 **ANSWER:**

 **The Defendant, Cherokee County School District, is a public school district based in Cherokee County, South Carolina.**

 (D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

 **ANSWER:**

 **This case was filed in the Court of Common Pleas for Cherokee County and properly removed to this Court.**

 (E) Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal? If so, provide:

   (1) a short caption and the full case number of the related action;

   (2) an explanation of how the matters are related; and

   (3) a statement of the status or the related action.

 Counsel should disclose any cases which *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

 **ANSWER:**

 **Not applicable.**

 (F) If the defendant is improperly identified, give the proper identification and state whether counsel will accept service of an amended summons and pleading reflecting the correct identification.

**ANSWER:**

**Not applicable.**

(G) If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER:**

**Not applicable.**

(H) Parties or Intervenors in a Diversity Case. In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor. This response must be supplemented when any later event occurs that could affect the court's jurisdiction under § 1332(a).

**ANSWER:**

**Not applicable.**

Respectfully submitted,

HALLIGAN MAHONEY WILLIAMS SMITH
FAWLEY & REAGLE, PA

*s/Thomas K. Barlow*_____
Thomas K. Barlow, Esquire
Federal Bar Number: 7483
tbarlow@hmwlegal.com

P.O. Box 11367
Columbia, South Carolina 29211
(803) 254-4035

August 27, 2025